ACCEPTED
04-16-00159-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2016 10:29:31 AM
KEITH HOTTLE
CLERK

**Court of Appeals Case Number: 04-16-00159-CR**

IN THE COURT OF APPEALS
FOR THE FOURTH APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/21/16 10:29:31 AM

KEITH E. HOTTLE
Clerk

------------------------------------------------------------------------------------

**THE STATE OF TEXAS, APPELLANT**
**V.**
**ANDRES GARCIA, APPELLEE**

--------------------------------------------------------------------------------------

APPEAL OF TRIAL COURT CASE NUMBER: CR-15-320
FROM THE COUNTY COURT
STARR COUNTY, TEXAS
The Honorable Romero Molina, Presiding

--------------------------------------------------------------------------------------

APPELLEES BRIEF NOT CONTESTING

--------------------------------------------------------------------------------------

Victor Canales, Jr., County Attorney
State Bar of Texas Identification Number: 24000395
starrcountyattorney@rgv.rr.com

Elizabeth Castillo, Assistant County Attorney
State Bar of Texas Identification Number: 24034366
ecastillo@co.starr.tx.us

Office of County Attorney
401 N. Britton Avenue, Room 405
Rio Grande City, Texas 78582
Telephone: (956) 716-4800, ext. 8629
Facsimile: (956) 487-8692

Attorney for the State of Texas, Appellant

**IDENTITY OF PARTIES AND COUNSEL**

Pursuant to Texas Rule of Appellate Procedure 38.1(a), Appellant presents the

following list of all parties to the trial court's judgment or order appealed from, and the

names and addresses of all trial and appellate counsel.

**Appellant**: The State of Texas

**Trial and Appellate Counsel for Appellant**: Elizabeth Castillo, Assistant County Attorney, on behalf of Victor Canales, Jr., County Attorney
405 N. Britton Avenue, Room 405, Rio Grande City, TX 78582

**Appellee**: Andres Garcia

**Trial and Appellate Counsel for Appellee**: G. Allen Ramirez, Esq.
515 E. Second Street, Rio Grande City, Texas 78582

IN THE COURT OF APPEALS
FOR THE FOURTH APPEALS DISTRICT
SAN ANTONIO, TEXAS

---------------------------------------------------------------------------------------------------------------

**THE STATE OF TEXAS, APPELLANT**
**V.**
**ANDRES GARCIA, APPELLE**

---------------------------------------------------------------------------------------------------------------

APPEAL OF TRIAL COURT CASE NUMBER: CR-15-320
FROM THE COUNTY COURT
STARR COUNTY, TEXAS
The Honorable Romero Molina, Presiding

---------------------------------------------------------------------------------------------------------------

APPELLEES BRIEF NOT CONTESTING

---------------------------------------------------------------------------------------------------------------

Appellee, Andres Garcia, does not contest the State of Texas' relief as requested in the States appellant brief. The appellee, by and through the undersigned counsel, has researched the issue presented, the statement of facts, the States argument and authorities. After said research, the appellee can find no legal authority to contest the States appeal.

Respectfully submitted,

**G. ALLEN RAMIREZ**
**ATTORNEY AT LAW**
515 East Second St.
Rio Grande City, TX  78582
TEL:  (956) 487-4585
FAX:  (956) 487-0565

By: */s/G. Allen Ramirez*
**G. ALLEN RAMIREZ**
State Bar No. 16501800

**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this document, in its entirety, contains 457 words.

/s/G. Allen Ramirez
**G. ALLEN RAMIREZ**

**CERTIFICATE OF SERVICE**

I certify that on this the 21st day of July 2016 a true copy of the above was served in accordance with the Texas Rules of Civil Procedure *via electronic filing* on the following:

Mr. Victor Canales
*COUNTY ATTORNEY*
Starr County Courthouse-3rd Floor
Rio Grande City, TX  78582
*Via-Electronic Filing*

Elizabeth Castillo,
**ASSISTANT COUNTY ATTORNEY**
Starr County Courthouse-3rd Floor
Rio Grande City, TX 78582
*Via-Electronic Filing*

/s/G. Allen Ramirez
**G. ALLEN RAMIREZ**